[No. 18241–2–I.   Division One.   September 8, 1987.]

WASHINGTON INSURANCE GUARANTY ASSOCIATION, *Respondent,* v. CALVIN ROSS HICKS, ET AL, *Defendants,* J.R., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–09503–1, Liem E. Tuai, J., entered March 4, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Ringold, J. Now published at 49 Wn. App. 623.

[No. 17791–5–I.   Division One.   September 8, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. BARTON ALAN ROBINSON, ET AL, *Defendants,* PHILIP BRETT ROBINSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–02573–0, Donald D. Haley, J., entered December 20, 1985. *Reversed* and *dismissed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Ringold, A.C.J., and Pekelis, J.

[No. 8956–4–II.   Division Two.   September 9, 1987.]

BRUCE STOKER, *Appellant,* v. ROCKY MOUNTAIN FIRE AND CASUALTY COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 84–2–01489–3, Thomas L. Lodge, J., entered June 21, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Armstrong, J. Pro Tem.